# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**PARBALL CORPORATION** doing business as **BALLY'S/PARIS LV**,

                Plaintiff,

v.

**HARRY KAKAVAS**,

                Defendant.

**Case No:  2:08-cv-00718-LRH-RJJ**

## ORDER TO EXTEND TIME TO SERVE SUMMONS AND COMPLAINT

This matter is before the undersigned Magistrate Judge on Plaintiff's Motion for Extension of Time to Serve Summons and Complaint upon a Defendant residing in a foreign country.

Upon consideration of Plaintiff's Motion for Extension of Time to Serve Summons and Complaint and the Affidavit of David C. Nelson, Esq. in support thereof, and it appearing that Plaintiff is attempting to serve Defendant in a foreign country pursuant to the Fed. R. Civ. P. 4(f) and, as such, the one hundred twenty (120) day time limitation provided in Rule 4(m) of the Federal Rules of Civil Procedure does not apply:

1  IT IS HEREBY ORDERED that the time within which to serve the Defendant, HARRY KAKAVAS, with the Summons and Complaint is hereby extended for one hundred twenty (120) days from the date of entry of this Order.

DATED this 1st day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE