UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARBALL CORPORATION doing business as BALLY'S/PARIS LV,<br><br>                    Plaintiff,<br>v.<br><br>HARRY KAKAVAS,<br><br>                    Defendant. | Case No: 2:08-cv-00718-LRH-RJJ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING** ; ORDER<br>**(First Request)** |

Plaintiff, PARBALL CORPORATION doing business as BALLY'S/PARIS LV ("*Plaintiff*"), through its undersigned counsel, and Defendant, HARRY KAKAVAS ("*Defendant*"), through his undersigned counsel, hereby stipulate:

1.   The Complaint was filed herein on September 23, 2008.

2.   The undersigned counsel for Defendant accepted service of the Summons and Complaint in the above-entitled action on March 25, 2009.

3.   Defendant's response to Plaintiff's Complaint would customarily be due on April 14, 2009.

4.   In light of Defendant having authorized Defendant's undersigned counsel to voluntarily accept service of the Summons and Compliant on behalf of Defendant in this action

-1-

and because Defendant's counsel was recently retained by Defendant and counsel requires time to investigate relevant facts, good cause exists for an extension of time for Defendant to answer or otherwise plead herein.

5. The parties agree that Defendant shall have until May 11, 2009 to file and serve a response to Plaintiff's Complaint in this action.

**STIPULATED AND AGREED:**

DATED this 30th day of March, 2009.          DATED this 26th day of March, 2009.

THE LAW OFFICES OF DAVID C. NELSON          CHESNOFF & SCHONFELD

By: /s/ David C. Nelson                     By: /s/ Richard A. Schonfeld
David C. Nelson, Esq.                       Richard A. Schonfeld, Esq.
Nevada Bar No. 006073                       Nevada Bar No. 6815
228 South Fourth Street, Second Floor       520 S. Fourth Street
Las Vegas, Nevada 89101                     Las Vegas, Nevada 89101
Telephone Number: (702) 385-5595            Telephone: (702) 384-5563
Facsimile Number: (702) 385-5593            Facsimile: (702) 598-1425
Attorney for Plaintiff                      Attorneys for Defendant
Parball Corporation d/b/a Bally's/Paris LV  Harry Kakavas

**IT IS SO ORDERED:**

DATED this 31st day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

-2-