UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARBALL CORPORATION doing business as
BALLY'S/PARIS LV,

                      Plaintiff,

v.

HARRY KAKAVAS,

                      Defendant.

Case No: 2:08-cv-00718-LRH-RJJ

## STIPULATION AND ORDER STAYING THE ACTION UNTIL JUNE 16, 2009 AND FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S SPECIAL APPEARANCE OF HARRY KAKAVAS AND MOTION TO DISMISS FIRST CLAIM FOR RELIEF PURSUANT TO RULE 12(b)(6) (#27) FILED ON MAY 11, 2009
### (First Request)

Plaintiff, PARBALL CORPORATION, a Nevada corporation, doing business as BALLY'S/PARIS LV, ("*Plaintiff*"), by and through its undersigned counsel, and Defendant, HARRY KAKAVAS ("*Defendant*"), by and through his undersigned counsel, hereby stipulate:

1. The Court previously granted the parties' stipulation (#26) to allow Defendant an extension to file a response to Plaintiff's Complaint in the above-entitled matter.

2. Defendant filed a Special Appearance of Harry Kakavas and Motion to Dismiss First Claim for Relief Pursuant to Rule 12(b)(6) (the "*Motion*") (#27) on May 11, 2009.

3. Plaintiff's response to Defendant's Motion would customarily be due on May

29, 2009.

4. The parties appear to have reached a tentative settlement of this action and are in the process of attempting to finalize and document the terms of the settlement.

5. The parties agree that this action is stayed until June 16, 2009 so that the parties may attempt to finalize their settlement and document the same.

6. The parties agree that Plaintiff's response to Defendant's Motion (#27) shall be due on June 17, 2009 in the event that the parties are not able to finalize the settlement and file an appropriate document herein in the interim.

**STIPULATED AND AGREED:**

**PLAINTIFF:**

DATED this 27th day of May, 2009.

THE LAW OFFICES OF DAVID C. NELSON

By: /s/ David C. Nelson
David C. Nelson, Esq.
Nevada Bar No. 006073
228 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone Number: (702) 385-5595
Facsimile Number: (702) 385-5593
E-mail: litigation@dcnlawfirm.com
Attorney for Plaintiff
Parball Corporation d/b/a Bally's/Paris LV

**IT IS SO ORDERED:**

DATED this 29th day of May, 2009.

**DEFENDANT:**

DATED this 27th day of May, 2009.

CHESNOFF & SCHONFELD

By: _____
Richard A. Schonfeld, Esq.
Nevada Bar No. 006815
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone Number: (702) 384-5563
Attorney for Defendant
Harry Kakavas

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE