**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **PARBALL CORPORATION** doing business as **BALLY'S/PARIS LV**, <br><br> Plaintiff, <br><br> v. <br><br> **HARRY KAKAVAS**, <br><br> Defendant. | Case No: 2:08-cv-00718-LRH-RJJ |

**STIPULATION AND ORDER STAYING THE ACTION UNTIL JUNE 30, 2009 AND FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S SPECIAL APPEARANCE OF HARRY KAKAVAS AND MOTION TO DISMISS FIRST CLAIM FOR RELIEF PURSUANT TO RULE 12(b)(6) (#27) FILED ON MAY 11, 2009**
(**Second Request**)

Plaintiff, PARBALL CORPORATION, a Nevada corporation, doing business as BALLY'S/PARIS LV, ("*Plaintiff*"), by and through its undersigned counsel, and Defendant, HARRY KAKAVAS ("*Defendant*"), by and through his undersigned counsel, hereby stipulate:

1. Defendant filed a Special Appearance of Harry Kakavas and Motion to Dismiss First Claim for Relief Pursuant to Rule 12(b)(6) (the "*Motion*") (#27) on May 11, 2009.

2. The Court previously granted (#30) the parties' stipulation (#29) to stay the action until June 16, 2009 for the parties to attempt to finalize a settlement and document the same.

3. Plaintiff's response to Defendant's Motion would be due on June 17, 2009

pursuant to this Court's Order (#30) granting the parties (first) stipulation to stay the action (#29).

4. The parties have exchanged the proposed settlement documents in this action. However, due to the practical issue of Defendant residing in Australia, among other things, the parties have been unable to finalize and execute the settlement documents.

5. The parties hereby agree that this action is stayed until June 30, 2009 so that the parties may attempt to finalize the settlement documents.

6. The parties agree that Plaintiff's response to Defendant's Motion (#27) shall be due on July 1, 2009 in the event that the parties are not able to finalize the settlement and file an appropriate document herein in the interim.

**STIPULATED AND AGREED:**

| **PLAINTIFF:** | **DEFENDANT:** |
|---|---|
| DATED this 16th day of June, 2009. | DATED this 16th day of June, 2009. |
| THE LAW OFFICES OF DAVID C. NELSON | CHESNOFF & SCHONFELD |
| By: _____ | By: _____ |
| David C. Nelson, Esq. | Richard A. Schonfeld, Esq. |
| Nevada Bar No. 006073 | Nevada Bar No. 006815 |
| 228 South Fourth Street, Second Floor | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Telephone Number: (702) 385-5595 | Telephone Number: (702) 384-5563 |
| Facsimile Number: (702) 385-5593 | Attorney for Defendant |
| Attorney for Plaintiff | Harry Kakavas |
| Parball Corporation d/b/a Bally's/Paris LV | |

**IT IS SO ORDERED:**

DATED this 17th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE