# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PARBALL CORPORATION doing business as BALLY'S/PARIS LV,

        Plaintiff,

v.

HARRY KAKAVAS,

        Defendant.

Case No:  2:08-cv-00718-LRH-RJJ

## STIPULATION AND ORDER STAYING THE ACTION UNTIL JULY 15, 2009 AND FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S SPECIAL APPEARANCE OF HARRY KAKAVAS AND MOTION TO DISMISS FIRST CLAIM FOR RELIEF PURSUANT TO RULE 12(b)(6) (#27) FILED ON MAY 11, 2009
### (Third Request)

Plaintiff, PARBALL CORPORATION, a Nevada corporation, doing business as BALLY'S/PARIS LV, ("*Plaintiff*"), by and through its undersigned counsel, and Defendant, HARRY KAKAVAS ("*Defendant*"), by and through his undersigned counsel, hereby stipulate:

1.    Defendant filed a Special Appearance of Harry Kakavas and Motion to Dismiss First Claim for Relief Pursuant to Rule 12(b)(6) (the "*Motion*") (#27) on May 11, 2009.

2.    The Court previously granted (#29) the parties' stipulation (#28) to stay the action until June 16, 2009 for the parties to attempt to finalize a settlement and document the same.

3.    The Court further granted (#31) the parties' stipulation (#30) to stay the action

-1-

until June 30, 2009 for the parties to attempt to finalize a settlement and document the same.

4.  Plaintiff's response to Defendant's Motion would be due on July 1, 2009 pursuant to this Court's Order (#31) granting the parties (second) stipulation to stay the action (#30).

5.  After exchanging several drafts, the parties appear to have agreed upon the final form of the settlement documents in this matter. However, due to the practical issue of Defendant residing in Australia, among other things, the parties have not yet been able to get the settlement documents executed.

6.  The parties hereby agree that this action is stayed until July 15, 2009 so that the parties may finalize the settlement of this action.

7.  The parties agree that Plaintiff's response to Defendant's Motion (#27) shall be due on July 16, 2009 in the event that the parties are not able to finalize the settlement and file an appropriate document herein in the interim.

**STIPULATED AND AGREED:**

| PLAINTIFF: | DEFENDANT: |
|---|---|
| DATED this 30th day of June, 2009. | DATED this 30th day of June, 2009. |
| THE LAW OFFICES OF DAVID C. NELSON | CHESNOFF & SCHONFELD |
| By: /s/ David C. Nelson | By: /s/ Richard Schonfeld (CCTC for) |
| David C. Nelson, Esq. | Richard A. Schonfeld, Esq. |
| Nevada Bar No. 006073 | Nevada Bar No. 006815 |
| 228 South Fourth Street, Second Floor | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Telephone Number: (702) 385-5595 | Telephone Number: (702) 384-5563 |
| Facsimile Number: (702) 385-5593 | Attorney for Defendant |
| Attorney for Plaintiff | Harry Kakavas |
| Parball Corporation d/b/a Bally's/Paris LV | |

**IT IS SO ORDERED:**

DATED this 2nd day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE